UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:06-MJ-2025 |
| | ) | (GUYTON) |
| TRON KENNEDY | ) | |
| | ) | |
| Defendant | ) | |

# ORDER OF DETENTION

The above-named defendant appeared in custody before the undersigned on March 10, 2006, for an initial appearance on a Warrant issued on an Indictment pending in the District of South Carolina at Spartanburg. Assistant United States Attorney Tracee Plowell was present representing the government CJA Attorney Mike Whalen appeared on behalf of the defendant.

The government moved for detention pursuant to 18 U.S.C. § 3142(e). Counsel for the defendant announced that the defendant would waive the detention hearing, while reserving his right to a detention hearing in the District of Offense. The defendant executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is **ORDERED** detained and committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE